CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JAN 24 2022

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

**VIRGINIA:** **IN THE CIRCUIT COURT OF THE CITY OF BRISTOL**

FIPS Code: 520
Judge:     Sage B. Johnson

*1:22 CV 2*

**TONY MCKENNA**, Plaintiff

v.                                             **CL21000802-00**

**BRISTOL VA CITY POLICE DEPARMENT, et al**, Defendant

## TRANSFER ORDER

It appearing that this case was Ordered on January 13, 2022, by the United States District Court for the Western District of Virginia Abingdon Division, to be removed from the Circuit Court of the City of Bristol, Virginia, to the United States District Court for the Western District of Virginia at Abingdon, for good cause shown, and it otherwise appearing proper so to do, it is hereby **ORDERED** that this case file be, and hereby is, transferred and forwarded to the United States District Court for the Western District of Virginia at Abingdon to the Clerk of that Court at 180 West Main Street, Room 104, Abingdon, Virginia 24210.

The Clerk shall transmit the file and a certified copy of the order within to the Clerk of the United States District Court for the Western District of Virginia at Abingdon.

Enter this __19th__ day of __January__ 2022:

_____
                                             **JUDGE**

A COPY TESTE:
Kelly L. Flannagan, Clerk
Circuit Court City of Bristol, VA
By: _____
        Dep. Clerk

Bristol Circuit Circuit Court          Case No.:CL21000802-00

MCKENNA, TONY                Vs      POLICE DEPT BRISTOL VA CITY

## TABLE OF CONTENTS

| Document Index | Date Filed | Page |
|---|---|---|
| ORDER - PROCEED WITHOUT PAYING FEE | 12/02/2021 | 1 - 3 |
| COMPLAINT - COM: | 12/07/2021 | 4 - 10 |
| LETTER - REQUEST FOR SUBPOENAS | 12/09/2021 | 11 - 12 |
| MOTION - TO AMEND COMPLAINT | 12/20/2021 | 13 - 13 |
| ORDER - TO AMEND COMPLAINT | 12/28/2021 | 14 - 14 |
| AMENDED COMPLAINT | 12/28/2021 | 15 - 20 |
| DEMURRER | 01/03/2022 | 21 - 22 |
| DEMURRER | 01/11/2022 | 23 - 25 |
| NOTICE - DEF NOTICE OF REMOVAL | 01/18/2022 | 26 - 31 |
| ORDER - TRANSFER TO US DIST CRT | 01/18/2022 | 32 - 32 |
| RECEIPT 12/7/2021 3:00:14 PM.pdf | | 33 - 33 |
| Misc | | 34 - 40 |
| BRISTOL CITY - COMPLAINT - IN PERSON/NOTIFIED IN COURT - BRISTOL VA CITY POLICE DEPT | 12/09/2021 | 41 - 43 |
| BRISTOL CITY - COMPLAINT - BUSINESS - OFFICER ERICKSON BRISTOL VA PD | 12/09/2021 | 44 - 46 |
| BRISTOL CITY - COMPLAINT - BUSINESS - OFFICER GREEN BRISTOL VA PD | 12/09/2021 | 47 - 49 |
| BRISTOL CITY - COMPLAINT - IN PERSON/NOTIFIED IN COURT - ASSIST COMMONWEALTH ATTY | 12/09/2021 | 50 - 52 |
| BRISTOL CITY - COMPLAINT - IN PERSON/NOTIFIED IN COURT - EADS, RANDALL | 12/09/2021 | 53 - 55 |
| BRISTOL CITY - COMPLAINT - IN PERSON/NOTIFIED IN COURT - POLICE CHIEF BRISTOL VA CITY | 01/04/2022 | 56 - 58 |
| BRISTOL CITY - COMPLAINT - BUSINESS - GREEN, OFFICER | 01/04/2022 | 59 - 61 |
| BRISTOL CITY - COMPLAINT - BUSINESS - ERICKSON, OFFICER | 01/04/2022 | 62 - 64 |
| BRISTOL CITY - COMPLAINT - BUSINESS - THOMAS, OFFICER CHARLES; JR | 01/04/2022 | 65 - 67 |
| BRISTOL CITY - COMPLAINT - IN PERSON/NOTIFIED IN COURT - CITY OF BRISTOL VA AT CITY HAL | 01/04/2022 | 68 - 70 |
| BRISTOL CITY - COMPLAINT - IN PERSON/NOTIFIED IN COURT - BOYER, TIM | 01/04/2022 | 71 - 73 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

TONY MCKENNA, )
)
            Plaintiff, )   Case No. 1:22cv22
)   State Court No. CL21-802
v. )
)       **ORDER**
BRISTOL VA CITY POLICE )
DEPARTMENT, et al. )
)
          Defendants. )

     This case was recently removed from the Circuit Court for City of Bristol to the United

States District Court for the Western District of Virginia at Abingdon. This court, finding it

necessary and proper to do so, hereby REQUESTS that the original case file in your Court be

forwarded to the Clerk of this court at 180 W. Main Street, Room 104, Abingdon, VA 24210, or

submitted through this court's Case Management and Electronic Case Filing system (CM/ECF).

     The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for City

of Bristol.

                  ENTERED:   January 13, 2022

                  /s/ *Pamela Meade Sargent*
                  UNITED STATES MAGISTRATE JUDGE

FILED: January 18, 2022
TIME: 1:00 pm
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY: _____ D.C.

A COPY TESTE:
Kelly L. Flannagan, Clerk
Circuit Court City of Bristol, VA
By: _____
     Dep. Clerk

ECF
DOCUMENT
I hereby attest and certify that this is a printed copy of
a document that was electronically filed with the
United States District Court for the Western District
of Virginia
Date Filed   1/13/22
By: _____   Julia C. Dudley, Clerk of Court
   Deputy Clerk

**ORDER FOR PROCEEDING IN CIVIL CASE**
**WITHOUT PAYMENT OF FEES OR COSTS**                    Case No. ........................................................

Commonwealth of Virginia          VA. CODE § 17.1-606

*Bristol* ................................................................ Circuit Court

*Tony M^cKennwa*      v.   *Bristol City Police et A*

Upon petition filed requesting this court to permit the petitioner(s) to sue or defend a [X] civil case OR [ ] no-fault divorce proceeding under Virginia Code § 20-91(a)(9) in this court without the payment of fees or costs and to have from all officers all needful services and process, it is hereby **ORDERED** that the petition is

   [X] granted.

   [ ] denied.

      [ ] and the parties shall ................................................................................................

........................................................................................................................................

........................................................................................................................................

........................................................................................................................................

    *12/2/2021* ................................
              DATE

                                    *Sage B Johnu* ................................
                                                         JUDGE

FILED: *Dec 7 2021*
TIME: *3:20 PM*
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY: .................................................

A COPY TESTE:
Kelly L. Flannagan, Clerk
Circuit Court City of Bristol, VA
By: .................................................
FORM CC-1421 (ADEPUTY CLERK)



**PETITION FOR PROCEEDING IN CIVIL CASE**
**WITHOUT PAYMENT OF FEES OR COSTS**                    Case No. ........................................
COMMONWEALTH OF VIRGINIA     VA.CODE §§ 16.1-69.48:4; 17.1-606

........................................................ Circuit Court

_Tony MCKenna_  v. _Bristol City Police and all_
_276-494-0477_

The undersigned petitioner(s) request the court to permit the petitioner(s) to sue or defend a civil case in this court without the payment of fees or costs and to have from all officers all needful services and process. In support of the petition, the petitioner(s) state that the following information is true:

[ ] I currently receive the following type(s) of public assistance in _Bristol     VA_
                                                                    CITY/COUNTY

   [ ] TANF $ ...................................... [ ] Medicaid  [✓] Supplemental Security Income $ _4,200 mo_

   [ ] SNAP (food stamps) $ _16 ᵒᵒ_ ........ [ ] Other (specify type and amount) ....................................

[ ] I currently do not receive public assistance.
[ ] I am represented in this matter by a legal aid society, an attorney appearing as counsel *pro bono*, or an attorney assigned to me or referred by a legal aid society.

Names and address of employer(s) for myself and spouse:

Self ..........................................................................

Spouse ......................................................................

**NET INCOME:**

Pay period (weekly, every second week, twice monthly, monthly) ..........
Net take home pay (salary/wages, minus deductions required by law and
   tax withholdings)                                                  $ ..................
Other income sources (please specify)

.................................................................... $ ..................

..................................................... **TOTAL INCOME** $ ............ + ........... = ............ **A**

**LIQUID ASSETS:**

Cash on hand .................................................. $ ..............
Bank Accounts at: _First Comm Bank_          $ _131 ᵒ²_
                                                + Savings $200
Any other liquid assets: (please specify)
_Tru Point Bank_                        with a 11,500 ᵒᵒ
                                        value of $ ........... $ _500 ᵒᵒ_

..................................... **TOTAL ASSETS** $ _631 ᵒ²_ + ........... = ........... **B**

_1_ Number in household I have financial responsibility for, including myself.

**EXCEPTIONAL EXPENSES** (Total Exceptional Expenses of Family)
Medical Expenses (list only unusual and continuing expenses) _Rent + Utilities_  $ _600_
Court-ordered support payments/alimony ...................................... $ ..............
   [ ] deducted from paycheck [ ] not deducted from paycheck
Child-care payments (e.g. day care) ............................................. $ ..............
Other (describe): _Maintenance + health_   } $ _250 ᵒᵒ_

FILED: 11/29/15                              **TOTAL EXPENSES** $ _850 ᵒᵒ_ - ........... **C**
TIME: 2'40 pm
CIRCUIT COURT CLERKS OFFICE                  COLUMN "A" plus COLUMN "B" minus
CITY OF BRISTOL, VA                          COLUMN "C" equals available funds = ...........
KELLY L FLANNAGAN, CLERK
FORM CC-1414 MASTER PAGE ONE OF TWO 07/11
BY ........................ D.C.

   + food  $200 mo
   + House hold 50 mo
Page 2 Clothing   50 mo

FILED: _DEC 1 2021_
TIME: _2:00 PM_
Self CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY: ........................ D.C.

N/A

COURT USE ONLY

**ACKNOWLEDGEMENT**

I understand that the court cannot provide me with legal advice, and that it may be advisable to get advice from a lawyer.

11-29-2021 _____ *T. McKenna* _____ Tony McKenna
    DATE       SIGNATURE – PETITIONER           PRINT NAME – PETITIONER

Eastridge Apt 249 New Haven CN apt 205
            RESIDENCE ADDRESS OF PETITIONER      building F-12

_____ *T. McKenna* _____ Tony McKenna
    SIGNATURE – PETITIONER           PRINT NAME – PETITIONER

SAME
           RESIDENCE ADDRESS OF PETITIONER

In the Bristol City Circuit Court
28th Judicial Circuit of Virginia

*CL 21-802*

Tony McKenna

V.

Police Chief
Bristol VA. Police Department,
The City of Bristol, Virginia
Ofc. Green, Bristol City Police
Ofc. Erickson, Bristol City Police
Assistant Commonwealth's Attorney, Tim Boyer
and one unidentified Bristol Virginia police Officer.
(shown in body cam footage, trespassing, assaulting and battering me)

Now comes Tony McKenna, on this day 11/30/2021, Plaintiff pursuant to 42 U.S. Code 1983 civil action for deprivation of rights. Also pursuant to Virginia state laws, U.S. Code, the Constitution of the United States, Bill of rights at the 4th 5th and 14th Amendments.

## I) The Parties to This Complaint
### A. The Plaintiff

Tony McKenna, non lawyer

Resident Bristol City

837 Portsmouth Ave Apt F-12

Bristol VA 24201

(Now 249 New Haven LN Apt205)

Same location new address.

FILED: *Dec 1 2021*
TIME: *1:47 PM*
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY: _____

### B. The Defendants

Bristol VA. City Police Department

Bristol VA. Police Officer Erickson

Bristol VA. Police Officer Green

One unnamed Bristol VA. Police Officer

501 Scott St, Bristol VA
24201

City of Bristol

City Hall 300 lee street

Bristol VA 24201

FILED: *Dec 1 2021*
TIME: *1:47 PM*
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY: _____

Page 4

Assistant Commonwealth's Attorney

for the City of Bristol, Tim Boyer

230 Piedmont 2nd floor

Bristol VA 24201

## Basis for Jurisdiction

42 U.S. Code 1983 civil action for deprivation of rights. Also pursuant to Virginia state laws, U.S. Code, the Constitution of the United States, Bill of rights at the 4th 5th and 14th Amendments.


## II Statement of Claim

Gross negligence and/or willful, wanton negligence.
City of Bristol failed to assure proper training of Police officers and other city, county, state employees. Or, violators simply chose to ignore training. As a result causing me injury and other damages.

Violation of 42 U.S. Code 1983, counts below. 20 counts in total

**COUNT 1 x4** Violation of 42 U.S. Code 1983

Va Code § 18.2-22. **Conspiracy to commit felony. & Section 241 of Title 18 USC**

On June 6th 2021 Assistant Commonwealth's Attorney, Tim Boyer, Ofc. Green, Ofc. Erickson and one other unnamed officer (unnamed officer videoed with police body cam attacking me in my home). The above named conspired against me in order to get me to surrender my constitutionally, protected rights.
Section 241 of Title 18 USC makes it unlawful for two or more persons to agree together to injure, threaten, or intimidate a person in any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the Unites States, (or because of his/her having exercised the same). Unlike most conspiracy statutes, Section 241 does not require that one of the conspirators commit an overt act prior to the conspiracy becoming a crime.

"*if such acts include kidnapping*" (Va. Code Ann. **§ 18.2-47**, uses the terms abduction and kidnapping synonymously) "they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."

Va Code § 18.2-22. (a) If any person shall conspire, confederate or combine with another, either within or outside the Commonwealth, to commit a felony within the Commonwealth, or if he shall so conspire, confederate or combine with another within the Commonwealth to commit a felony either within or outside the Commonwealth, he shall be guilty of a felony that shall be punishable as follows: (1) Every person who so conspires to commit an offense that is punishable as a Class 1 felony is guilty of a Class 3 felony; **Class 3 Felony**
A Class 3 felony in Virginia is punished with 5 years up to 20 years in prison and a fine up to $100,000.

## *Every act, after the unlawful entry of my home, is an UNLAWFUL act by the above named defendants.*

**COUNT 2 x1** Violation of 42 U.S. Code 1983

Va Code § 18.2-282. **Pointing, holding, or brandishing firearm**, air or gas operated weapon or object similar in appearance to, " reasonably induce fear in the mind of another ".

> Unnamed officer kicked open my door with gun drawn to achieve by force and threat, to coerce obedience and compliance for me to surrender the safety of my constitutionally protected home. Dragging me out of my private home into a semi public breeze way. Removing me from a private place that would require a warrant, to a semi public place where I might be subject to a possible resisting arrest and or obstruction of law charge. Under threat of bodily harm I was forced to surrender my right to exercise my right to be secure in my home and be silent.

A. It shall be unlawful for any person to point, hold or brandish any firearm or any air or gas operated weapon or any object similar in appearance, whether capable of being fired or not, in such manner as to reasonably induce fear in the mind of another

**COUNT 3 x1** Violation of 42 U.S. Code 1983

Va Code § 18.2-121. **Entering property of another for purpose of** damaging it, etc. "**or in any manner to interfere with the rights of the owner, user, or occupant**" thereof to use such property free from interference.

> Unnamed officer extracted me from the safety of my home protected by 4th amendment and placed me    in a semi public place where I no longer have the protection of the requirement of a 4th amendment warren. Provoking me to possible assaulting an officer or resisting arrest charges, although unlawful.

**COUNT 4 x1** Violation of 42 U.S. Code 1983

Va Code § 18.2-57 **Assault and battery.** A. "Any person who commits a simple assault or assault and battery shall be guilty of a Class 1 misdemeanour". Assault is an intentional, offensive, or harmful act that may cause reasonable anxiety or fear of expected injury. It includes intimidation by non-physical acts that cause fear in another person.

> Unnamed officer made an assault on my home and my person by kicking in the door, with his gun drawn at the ready, grabbing my arm and pulling me out. No warrant, no emergency, no exigent circumstances and no hot pursuit. But simply to serve a civil complaint. This is an unlawful act under color of law.

**COUNT 5 x1** Violation of 42 U.S. Code 1983

Va Code § 18.2-404. **Obstructing free passage of others.**
Any person or persons who in any public place or on any private property open to the public unreasonably or unnecessarily obstructs the free passage of other persons to and from or within such place or property and who shall fail or refuse to cease such obstruction or move on when requested to

do so by the owner or lessee or agent or employee of such owner or lessee or by a duly authorized law-enforcement officer shall be guilty of a Class 1 misdemeanor.

      Unnamed officer blocked my path to the protection of my leased property thereby denying me the protection of the 4th amendment.

## COUNT 6 x1 Violation of 42 U.S. Code 1983

Va Code § 18.2-57 **Assault and Battery** (second count)
Battery with Malicious Intent/Conduct (Blacks Law, Malice: "malice is a condition of the mind which shows a heart regardless of social duty and fatally bent on mischief, the existence of which is inferred from acts committed or words spoken." Harris v. State, 8 Tex. App. 109.) battery is an intentional contact of another person physically, in an "offensive" or harmful manner without their consent, justification, or legal basis. Unnamed officer, under color of law, after dragging me from my constitutionally protected environment, attacked me a second time by slapping my hands while my hands were behind my back with no threat to him. Totally outrageous, unnecessary, unlawful and combined with His above acts and speech ("YOU HAVE NO RIGHTS") after I asserted my rights shows absolute malice.

   Miller v. US (5th Circuit) 230 F. 2d. 486 (1956) "The claim and exercise of a constitutional right cannot thus be converted into a crime"

## COUNT 7 x4 Violation of 42 U.S. Code 1983

Va Code §18.2-47. **Abduction and kidnapping**. A. Any person who, by force, intimidation or deception, and without legal justification or excuse, seizes, takes, transports, detains or secretes another person with the intent to deprive such other person of his personal liberty or to withhold or conceal him from any person, authority or institution lawfully entitled to his charge, shall be deemed guilty of "abduction."

C. The provisions of this section shall not apply to any law-enforcement officer in the performance of his duty. ( *When officers act outside of the law, they lose their cloak of immunity* ) ( ***Davis v. Wechsler , 263 US 22, 24. "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."*** ) The terms "abduction" and "kidnapping" shall be synonymous in this Code. Abduction for which no punishment is otherwise prescribed shall be punished as a Class 5 felony. (" by force, intimidation or deception, and without legal justification")

When officers act outside of the law, they lose their cloak of immunity. By instruction from Assistant Commonwealth's Attorney Tim Boyer, Ofc. Green, Ofc. Erickson, and one unidentified Bristol Virginia police Officer, (shown in body cam footage, trespassing, assaulting and battering me) took me by force, intimidation and deception, without legal justification, and imprisoned me. Kept me imprisoned in hand cuffs and leg irons. Only on the condition that I surrender my constitutional rights to papers and effects, would they release me.

## COUNT 8 x1 Violation of 42 U.S. Code 1983

Va Code § 19.2-59. **Search without warrant prohibited**: when search without warrant lawful. No officer of the law or any other person shall search any place, thing or person, except by virtue of and under a warrant issued by a proper officer. Any officer or other person searching any place, thing or person otherwise than by virtue of and under a search warrant, shall be guilty of malfeasance in office.

Any officer or person violating the provisions of this section shall be liable to any person aggrieved thereby in both compensatory and punitive damages.

> Officer Erickson unlawfully searched my person outside at the patrol car and took my property. Officer Erickson ordered me to enter the car. At that point I informed officer Erickson that I was disabled and needed help getting into the very confined space. He then grabbed my pants leg and used his shoulder to shove me into the car injuring my shoulder and chest.

**COUNT 9 x2** Violation of 42 U.S. Code 1983

§18 U.S. Code § 4 - Misprision of felony. **Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.**

**14th Amendment Section 1.** All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; **nor deny to any person within its jurisdiction the equal protection of the laws.**

> Not only did Officers Ericsson and Green failed to protect me from the abuse of the unnamed officer in the body cam footage, but also failed/or chose not to, report the same.

**COUNT 10x 4**        Violation of 42 U.S. Code 1983

**TITLE 18, U.S.C., SECTION 242** " Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, ***and others who are acting as public officials***."

The very basics of our laws are taught to school children. Required teaching in police training, and law school. The Constitution and the bill of "RIGHTS" is the very foundation of the our laws and it's limits. There can be no excuse for a police officer to think they don't need a warrant to enter the private residence and pull me out, when there is no hot pursuit, no emergency, no crime witnessed, no probable cause or any other lawful reason to do so.

There is no excuse for a trained, experienced attorney, with more then a decade of experience, now the Assistant Commonwealth's District Attorney.

**On June 6th 2021 Assistant Commonwealth's Attorney, Tim Boyer, Ofc. Green, Ofc. Erickson and one other unnamed officer (unnamed officer videoed with police body cam attacking me in my home) conspired against me in order to get me to surrender my constitutionally, protected rights. I was Trespassed upon, Threatened with a firearm, Assaulted, Battered, Abducted, and then Falsely Imprisoned. Also, to add insult to injury, ofc. Green and/or ofc. Erickson, violated 18 U.S. Code § 4 – Misprision of felony in that they did not, to the best of my knowledge, report the actions of the Unnamed Officer.**

## Relief Sought

Damages against the defendants in an amount to be determined at trial which will fairly and reasonably compensate the plaintiffs for all compensatory damages to be proven at trial;

2.Punitive damages against the individual defendants in an amount to be determined at trial;

and

3.Reasonable fees and costs.

Plaintiff petitions for a jury trail demand


Sincerely

*Tony McKenna*

Tony McKenna,
837 Portsmouth Ave.
Apt F-12 Bristol VA 24201
(Now 249 New Haven LN. Apt 205) Ph# 276-494-0477

Receipt: 21000008212

Page 1 of 1



**OFFICIAL RECEIPT**
**BRISTOL CITY CIRCUIT COURT**
**CIVIL**

DATE : 12/07/2021                   TIME : 15:00:08
RECEIPT # : 21000008212    TRANSACTION # : 21120700026
CASHIER : DWJ              REGISTER # : B433
CASE COMMENTS : MCKENNA, TONY v. POLICE DEPARTMENT BRISTO
SUIT AMOUNT : $0.00
ACCOUNT OF : MCKENNA, TONY
PAID BY : MCKENNA, TONY
CASH : $0.00
DESCRIPTION 1 : COM-COMPLAINT - CATCH-ALL
              2 : PLAINTIFF: MCKENNA, TONY
              3 : NO HEARING SCHEDULED

CASE # : 520CL2100080200

FILING TYPE : COM

PAYMENT : FULL PAYMENT

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 049 | WRIT TAX (CIVIL) | $0.00 |
| 106 | TECHNOLOGY TRST FND | $0.00 |
| 123 | LEGAL AID SERVICES | $0.00 |
| 147 | INDIGENT ASSISTANCE (INA) | $0.00 |
| 170 | COURT TECHNOLOGY FUND | $0.00 |

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 219 | LAW LIBRARY | $0.00 |
| 229 | COURTHOUSE MAINTENANCE FEE (CHMF) | $0.00 |
| 304 | CIVIL FILING FEE (LAW & EQUITY) | $0.00 |

TENDERED : $          0.00

AMOUNT PAID : $          0.00

*CLERK OF COURT : KELLY L. FLANNAGAN*

Page 10

PAYOR'S COPY

RECEIPT COPY 1 OF 2

CL 21-802

To Be sent complaint

Defendants
1) Bristol VA. City Police Dept.
3) Bristol VA. Police Officer
        Erickson
4) Bristol VA. Police Officer
        Green
5) One unnamed Bristol VA. Police
        Officer (Pic in Body
        cam)

501 Scott St, Bristol VA.
24201

6) City of Bristol, City
Manager, Randall Eads
City Hall 300 lee street
Bristol VA 24201

7) Ass Commonwealth's Attorney
for the city of Bristol,
Tim Boyer
230 Piedmont 2nd floor
Bristol VA 24201

FILED: 12-9-21
TIME: 11:20 AM
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY:

CL21-802

## In the Bristol City Circuit Court
## 28th Judicial Circuit of Virginia

Tony McKenna

V.

FILED: December 20, 2021

TIME: 10:00 am

CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY_____D.C.

Police Chief
Bristol VA. Police Department,
The City of Bristol, Virginia
Ofc. Green, Bristol City Police
Ofc. Erickson, Bristol City Police
Assistant Commonwealth's Attorney, Tim Boyer
and one unidentified Bristol Virginia police Officer. Now identified by Police Chief
as Ofc. Charles Thomas Jr Bristol VA city police
(shown in body cam footage, trespassing, assaulting and battering me)

### Motion for leave to Amend Complaint

Now comes Tony McKenna, on this day 12/20/2021, Plaintiff pursuant to Rule 15 of the US Federal Rules of Civil Procedure asking for leave to amend the complaint filed in the above case. I have recently learned from the Bristol Virginia Police Chief, after showing him body cam footage, the name of the "unidentified" Police Officer as Ofc. Charles Thomas Jr. I also ask that notice be sent to Officer Thomas at the Bristol VA Police Department in his name. Also amended is Relief Sought.

Tony McKenna

# In the Bristol City Circuit Court
# 28th Judicial Circuit of Virginia

Tony McKenna

      *Plaintiff,*

         v.

Police Chief
Bristol VA. Police Department,
The City of Bristol, Virginia
Ofc. Green, Bristol City Police
Ofc. Erickson, Bristol City
Police
Assistant Commonwealth's
Attorney, Tim Boyer
and one unidentified Bristol
Virginia police Officer. Now
identified by Police Chief
as Ofc. Charles Thomas Jr
Bristol VA city police

      *Defendant.*

Civil Action No. CL21- 802

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

This Matter, having come before the Court on the Plaintiff's Motion for Leave to amend complaint
It appearing,  for good cause shown, that the Motion should be granted.
IT IS HEREBY ORDERED that Plaintiff is granted leave to amend complaint.

Entered this 28th day of December, 2021

By _Sage B Johnson_

Copies to:

**Police Chief**

Bristol VA. Police Department,
The City of Bristol, Virginia
Ofc. Green, Bristol City Police
Ofc. Erickson, Bristol City Police
Ofc. Charles Thomas Jr Bristol City Police
Assistant Commonwealth's Attorney, Tim Boyer

A COPY TESTE
Kelly L. Flanagan, Clerk
Circuit Court City of Bristol, VA

By:_____
    Dep. Clerk

Page 14

In the Bristol City Circuit Court
28th Judicial Circuit of Virginia
AMENDED

Tony McKenna

V.

Police Chief
Bristol VA. Police Department,
The City of Bristol, Virginia
Ofc. Green, Bristol City Police
Ofc. Erickson, Bristol City Police
Assistant Commonwealth's Attorney, Tim Boyer
and one unidentified Bristol Virginia police Officer. Now identified by Police Chief
as Ofc. Charles Thomas Jr Bristol VA city police
(shown in body cam footage, trespassing, assaulting and battering me)

FILED: December 28, 2021
TIME: 11:45 am
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY:_____ D.C.

Now comes Tony McKenna, on this day 11/30/2021, Plaintiff pursuant to 42 U.S. Code 1983 civil
action for deprivation of rights. Also pursuant to Virginia state laws, U.S. Code, the Constitution of the
United States, Bill of rights at the 4th 5th and 14th Amendments.

I) The Parties to This Complaint
A. The Plaintiff

Tony McKenna, non lawyer

Resident Bristol City

837 Portsmouth Ave Apt F-12

Bristol VA 24201

(Now 249 New Haven LN Apt205)

Same location new address.

B. The Defendants

Bristol VA. City Police Department

Bristol VA. Police Officer Erickson

Bristol VA. Police Officer Green

Bristol VA. Police Officer Charles Thomas Jr

501 Scott St, Bristol VA
24201

City of Bristol

City Hall 300 lee street

Bristol VA 24201

Assistant Commonwealth's Attorney

for the City of Bristol, Tim Boyer

230 Piedmont 2nd floor

Bristol VA 24201

## Basis for Jurisdiction

42 U.S. Code 1983 civil action for deprivation of rights. Also pursuant to Virginia state laws, U.S. Code, the Constitution of the United States, Bill of rights at the 4th 5th and 14th Amendments.

## II Statement of Claim

Gross negligence and/or willful, wanton negligence.
City of Bristol failed to assure proper training of Police officers and other city, county, state employees. Or, violators simply chose to ignore training. As a result causing me injury and other damages.

Violation of 42 U.S. Code 1983, counts below. 20 counts in total

**COUNT 1 x4**  Violation of 42 U.S. Code 1983

Va Code § 18.2-22. **Conspiracy to commit felony. & Section 241 of Title 18 USC**

On June 6th 2021 Assistant Commonwealth's Attorney, Tim Boyer, Ofc. Green, Ofc. Erickson and one other unnamed officer (unnamed officer videoed with police body cam attacking me in my home). The above named conspired against me in order to get me to surrender my constitutionally, protected rights.
Section 241 of Title 18 USC makes it unlawful for two or more persons to agree together to injure, threaten, or intimidate a person in any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the Unites States, (or because of his/her having exercised the same). Unlike most conspiracy statutes, Section 241 does not require that one of the conspirators commit an overt act prior to the conspiracy becoming a crime.

"*if such acts include kidnapping*" (Va. Code Ann. **§ 18.2-47,** uses the terms abduction and kidnapping synonymously)  "they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."

Va Code § 18.2-22. (a) If any person shall conspire, confederate or combine with another, either within or outside the Commonwealth, to commit a felony within the Commonwealth, or if he shall so conspire, confederate or combine with another within the Commonwealth to commit a felony either within or outside the Commonwealth, he shall be guilty of a felony that shall be punishable as follows:
(1) Every person who so conspires to commit an offense that is punishable as a Class 1 felony is guilty of a Class 3 felony; **Class 3 Felony**
A Class 3 felony in Virginia is punished with 5 years up to 20 years in prison and a fine up to $100,000.

## _Every act, after the unlawful entry of my home, is an UNLAWFUL act by the above named defendants._

**COUNT 2 x1** Violation of 42 U.S. Code 1983

Va Code § 18.2-282. **Pointing, holding, or brandishing firearm**, air or gas operated weapon or object similar in appearance to, <u>" reasonably induce fear in the mind of another "</u>.

> Unnamed officer kicked open my door with gun drawn to achieve by force and threat, to coerce obedience and compliance for me to surrender the safety of my constitutionally protected home. Dragging me out of my private home into a semi public breeze way. Removing me from a private place that would require a warrant, to a semi public place where I might be subject to a possible resisting arrest and or obstruction of law charge. Under threat of bodily harm I was forced to surrender my right to exercise my right to be secure in my home and be silent.

A. It shall be unlawful for any person to point, hold or brandish any firearm or any air or gas operated weapon or any object similar in appearance, whether capable of being fired or not, in such manner as to reasonably induce fear in the mind of another

**COUNT 3 x1** Violation of 42 U.S. Code 1983

Va Code § 18.2-121. **Entering property of another for purpose of** damaging it, etc. "or **in any manner to interfere with the rights of the owner, user, or occupant**" thereof to use such property free from interference.

> Unnamed officer extracted me from the safety of my home protected by 4[th] amendment and placed me  in a semi public place where I no longer have the protection of the requirement of a 4[th] amendment warren. Provoking me to possible assaulting an officer or resisting arrest charges, although unlawful.

**COUNT 4 x1** Violation of 42 U.S. Code 1983

Va Code § 18.2-57 **Assault and battery.** A. "Any person who commits a simple assault or assault and battery shall be guilty of a Class 1 misdemeanour". Assault is an intentional, offensive, or harmful act that may cause reasonable anxiety or fear of expected injury. It includes intimidation by non-physical acts that cause fear in another person.

> Unnamed officer made an assault on my home and my person by kicking in the door, with his gun drawn at the ready, grabbing my arm and pulling me out. No warrant, no emergency, no exigent circumstances and no hot pursuit. But simply to serve a civil complaint. This is an unlawful act under color of law.

**COUNT 5 x1** Violation of 42 U.S. Code 1983

Va Code § 18.2-404. **Obstructing free passage of others.**
Any person or persons who in any public place or on any private property open to the public unreasonably or unnecessarily obstructs the free passage of other persons to and from or within such place or property and who shall fail or refuse to cease such obstruction or move on when requested to

do so by the owner or lessee or agent or employee of such owner or lessee or by a duly authorized law-enforcement officer shall be guilty of a Class 1 misdemeanor.
        Unnamed officer blocked my path to the protection of my leased property thereby denying me the protection of the 4th amendment.

**COUNT 6 x1** Violation of 42 U.S. Code 1983

Va Code § 18.2-57 **Assault and Battery** (second count)
Battery with Malicious Intent/Conduct (Blacks Law, Malice: "malice is a condition of the mind which shows a heart regardless of social duty and fatally bent on mischief, the existence of which is inferred from acts committed or words spoken." Harris v. State, 8 Tex. App. 109.) battery is an intentional contact of another person physically, in an "offensive" or harmful manner without their consent, justification, or legal basis. Unnamed officer, under color of law, after dragging me from my constitutionally protected environment, attacked me a second time by slapping my hands while my hands were behind my back with no threat to him. Totally outrageous, unnecessary, unlawful and combined with His above acts and speech ("YOU HAVE NO RIGHTS") after I asserted my rights shows absolute malice.

Miller v. US (5th Circuit) 230 F. 2d. 486 (1956) "The claim and exercise of a constitutional right cannot thus be converted into a crime"

**COUNT 7 x4** Violation of 42 U.S. Code 1983

Va Code §18.2-47. **Abduction and kidnapping**. A. Any person who, by force, intimidation or deception, and without legal justification or excuse, seizes, takes, transports, detains or secretes another person with the intent to deprive such other person of his personal liberty or to withhold or conceal him from any person, authority or institution lawfully entitled to his charge, shall be deemed guilty of "abduction."

C. The provisions of this section shall not apply to any law-enforcement officer in the performance of his duty. ( *When officers act outside of the law, they lose their cloak of immunity* ) ( *Davis v. Wechsler, 263 US 22, 24. "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."* ) The terms "abduction" and "kidnapping" shall be synonymous in this Code. Abduction for which no punishment is otherwise prescribed shall be punished as a Class 5 felony. (" by force, intimidation or deception, and without legal justification")

When officers act outside of the law, they lose their cloak of immunity. By instruction from Assistant Commonwealth's Attorney Tim Boyer, Ofc. Green, Ofc. Erickson, and one unidentified Bristol Virginia police Officer, (shown in body cam footage, trespassing, assaulting and battering me) took me by force, intimidation and deception, without legal justification, and imprisoned me. Kept me imprisoned, in hand cuffs and leg irons. Only on the condition that I surrender my constitutional rights to papers and effects, would they release me.

**COUNT 8 x1** Violation of 42 U.S. Code 1983

Va Code § 19.2-59. **Search without warrant prohibited**; when search without warrant lawful.
No officer of the law or any other person shall search any place, thing or person, except by virtue of and under a warrant issued by a proper officer. Any officer or other person searching any place, thing or person otherwise than by virtue of and under a search warrant, shall be guilty of malfeasance in office.

Any officer or person violating the provisions of this section shall be liable to any person aggrieved thereby in both compensatory and punitive damages.

> Officer Erickson unlawfully searched my person outside at the patrol car and took my property. Officer Erickson ordered me to enter the car. At that point I informed officer Erickson that I was disabled and needed help getting into the very confined space. He then grabbed my pants leg and used his shoulder to shove me into the car injuring my shoulder and chest.

## COUNT 9 x2 Violation of 42 U.S. Code 1983

§18 U.S. Code § 4 - Misprision of felony. **Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.**

**14th Amendment Section 1.** All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; **nor deny to any person within its jurisdiction the equal protection of the laws.**

> Not only did Officers Ericsson and Green failed to protect me from the abuse of the unnamed officer in the body cam footage, but also failed/or chose not to, report the same.

## COUNT 10x 4        Violation of 42 U.S. Code 1983

**TITLE 18, U.S.C., SECTION 242** " Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, ***and others who are acting as public officials.***"

The very basics of our laws are taught to school children. Required teaching in police training, and law school. The Constitution and the bill of "RIGHTS" is the very foundation of the our laws and it's limits. There can be no excuse for a police officer to think they don't need a warrant to enter the private residence and pull me out, when there is no hot pursuit, no emergency, no crime witnessed, no probable cause or any other lawful reason to do so.

There is no excuse for a trained, experienced attorney, with more then a decade of experience, now the Assistant Commonwealth's District Attorney.

> **On June 6th 2021 Assistant Commonwealth's Attorney, Tim Boyer, Ofc. Green, Ofc. Erickson and one other unnamed officer (unnamed officer videoed with police body cam attacking me in my home) conspired against me in order to get me to surrender my constitutionally, protected rights. I was Trespassed upon, Threatened with a firearm, Assaulted, Battered, Abducted, and then Falsely Imprisoned. Also, to add insult to injury, ofc. Green and/or ofc. Erickson, violated 18 U.S. Code § 4 – Misprision of felony in that they did not, to the best of my knowledge,  report the actions of the Unnamed Officer.**

# Relief Sought

Damages against the defendants in an amount to be determined at trial which will fairly and reasonably compensate the plaintiffs for all compensatory damages to be proven at trial;

2.Punitive damages against the individual defendants in the amount of $350,000. for each COUNT, of violation 42 U.S. Code 1983

and

3.Reasonable fees and costs.

Plaintiff petitions for a jury trail demand

Sincerely

Tony McKenna,
837 Portsmouth Ave.
Apt F-12 Bristol VA 24201
(Now 249 New Haven LN. Apt 205) Ph# 276-494-0477

VIRGINIA:

IN THE CIRCUIT COURT OF THE CITY OF BRISTOL

| | | |
|---|---|---|
| TONY McKENNA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CL21000802-00 |
| | ) | |
| CITY OF BRISTOL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEMURRER

Defendants City of Bristol, City of Bristol Police Department, Police Chief, Officer

Green, and Officer Erickson, by counsel, demur to the Complaint and state that it is insufficient

at law and ought not to be prosecuted for the following reasons:

1.     The City of Bristol cannot be held liable by virtue of the doctrines of sovereign,

governmental, and/or qualified immunity.

2.     The Defendant sued as City of Bristol Police Department is not an entity that is

capable of being sued.

3.     Plaintiff has not stated a cause of action against any of these Defendants under 42

U.S.C. § 1983 because there is no claim for violation of 42 U.S.C. § 1983.

4.     Plaintiff has not stated a cause of action against any of these Defendants because

state law cannot be the source of a claim under 42 U.S.C. § 1983.

5.     Plaintiff has failed to state a cause of action against any of these Defendants under

42. U.S.C. § 1983.

WHEREFORE, Defendants respectfully request that the Court sustain the Demurrer and

dismiss the Complaint with prejudice.

FILED: January 3, 2022

TIME: 4:15 pm

CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY: _____ D.C.

1

CITY OF BRISTOL,
BRISTOL POLICE DEPARTMENT,
POLICE CHIEF,
OFFICER GREEN, and
OFFICER ERICKSON

By: _____
Of Counsel

Jim H. Guynn, Jr., Esq. (VSB #22299)
Emily Stubblefield, Esq. (VSB #96164)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, VA 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
        emilys@guynnwaddell.com
*Counsel for Defendants City of Bristol,*
*Bristol Police Department, Police Chief,*
*Officer Green, and Officer Erickson*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 3rd day of January, 2022, served the foregoing by mailing

a true and correct copy of the same to:

Tony McKenna
249 New Haven Ln., Apt. 205
Bristol, VA 24201
*pro se Plaintiff*

_____
Jim H. Guynn, Jr.

2

# In the Bristol City Circuit Court
## 28th Judicial Circuit of Virginia

Tony McKenna

    *Plaintiff,*

      v.

Police Chief
Bristol VA. Police Department,
The City of Bristol, Virginia
Ofc. Green, Bristol City Police
Ofc. Erickson, Bristol City
Police
Assistant Commonwealth's
Attorney, Tim Boyer
and one unidentified Bristol
Virginia police Officer. Now
identified by Police Chief
as Ofc. Charles Thomas Jr
Bristol VA city police
    *Defendant.*

Civil Action No. CL21000-802-00

FILED _____
TIME: _____
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY _____

## DEMURRER
## Objections defendants Demurrer

    Comes now the Plaintiff, Tony McKenna, an individual, not a lawyer. I do not have a VSB number but do have the ability to look it up to find out that it is a membership number for the Virginia State Bar. I am not that. I am also not "Pro Se" as described by defendants certificate of service. Pro Se would claim I am knowledgeable in legalese that has been developed by Lawyers over 200 years. And subject to the strict rules make up by and for members of the VBA. I am proceeding to court Forma Pauperis. Another phrase I did not understand before filing this complaint. But I'm learning not only to succeed in my complaint, but out of respect for the court. The Law belongs to me and every citizen, legalese to the lawyers. Our system of law was not meant to restrict access of the courts to the ignorant and poor. I am a high school drop out who joined the navy, my communication skills are best described as gutter vernacular. I am 61 years old and disabled. My fixed income does not allow for a $2,000 retainer fro a VBA lawyer and many do not wish to take on a "sovereign immunity" case. ( brings to mind King James - Luke 11-46 for the lawyers) I pray that the court sees the defendants Demurrer for what it is. An attempt to avoid trial through legalese. Therefore I object to defendants position that this claim should be dismissed with prejudice and requests that the Court dismiss/over rule/reject, whatever the terminology may be, defendants Demurrer pursuant to answers to defendants claims below 1 through 5 and any and all other relevant information known to the court as Judicial Notice. Not considered practicing law from the bench or legal advice, but generally known within the legal community and unknown to the unwashed masses. Because if known, would respectfully be followed.

**Page 1**

## Objections one to five

1)       When constitutional rights are violated, The City of Bristol, a government entity, loses it's cloak of immunity. Rights were claimed by me, and violated at the behest of the Commonwealth's Attorney for the City of Bristol. If an Attorney representing me makes a mistake, it is I, who is deemed responsible. As it is so, for the City of Bristol, acting under color of law to violate constitutional rights. The Commonwealth's attorney IS the city of Bristol

*Davis v. Wechsler, 263 US 22, 24. "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them.*   Sovereign, government, and/or qualified immunity does not supersede/trump, the Constitution. The Attorney's mistake was in breaking the law and choosing to conspire with police to deny me my constitutional rights in order to obtain "papers and effects" without a warrant

Also, The City of Bristol is not exempt.


A municipality/city may be held liable for an officer's actions when the plaintiff establishes the officer violated their constitutional right, and that violation resulted from an official municipal policy, an unofficial custom, or because the municipality was deliberately indifferent in a failure to train or supervise the officer. The police departments own forms and statements in the police report shows a connection to policy which was ratified by the commonwealth's attorney. An officers need to fill in the blanks on a form is not my responsibility and making it so under threat of arrest is a violation of my rights.


2)       The police department, which is a creature of a municipal corporation, City of Bristol, is responsible for the training and conduct of it's officers. If there is another title, that for legal reasons the police department goes under, then it is up to the department to make that known to the plaintiff. Many times I brought theses issues as criminal complaints to the police station by phone and in writing, only to be ignored. And I sent letters of intent of civil action with no response. Under the common law principle, Doctrine of Good Faith, a Common law principle  "Uberrimae fidei" meaning "of utmost good faith" Bristol City Police Department had the responsibility to take my complaint or direct me to the proper office to file. If the City of Bristol and the City of Bristol's Police department is one in the same, then it would also be " Uberrimae fidei" for the defendants lawyers to give me a heads up on that in the name of justice. Instead of putting a "win" ahead of their oaths, to defend the Constitution above all other.


*"As officers of the courts, lawyers are sworn to support the Constitution not just of the state in which they seek to practice, but above all, to support the Constitution of the United States. This promise is included first in every state's attorney oath, and it is the most important promise that a new attorney will make. It commands an attorney to take action to ensure the supreme law of the land is followed and upheld. This promise is a burden on all lawyers—every lawyer must defend the US Constitution, in all ways, at all times."*
## American Bar Association

Page 2

And

In any case, Under the ratification theory, the plaintiff argues, that because the municipality subsequently approved of conduct by its officials that deprived the plaintiff of his constitutional rights, the municipality should be liable under §1983. In City of St. Louis v. Praprotnik,4 a plurality in the United States Supreme Court accepted this theory: when a final policy maker "approve[d] a subordinate's decision and the basis for it, their ratification would be chargeable to the municipality. The Commonwealth Attorney is the City of Bristol and The City of Bristol Police Department.

3)      This pursuit for justice should not be dismissed for mere semantics and/or form. The cause of action and claims are made all through the 4 pages of my complaint after the first page. The reasonable thinking person test would surly show intent. Actions of defendants and how I have been wronged have been explained and laws and rights have been listed. Through defendants Demurrer it is plane that they do not argue the facts but the law. Therefore seeking a technicality to have this case dismissed. With the police report and the body cam footage, plaintiffs claim has every reason to be successful.

4)      State law is NOT the source of the claim. Listing the state law is simply showing their acts are unlawful. It is their "acts" that are the source of the claim and 42 U.S.C. 1983 Is the vehicle that brings this case to trial. Kicking in my door to serve a civil complaint is when immunity went out the window.

5)      Cause of action has been stated in the body of Complaint filed case # CL21000802-00. While it may not be in form, the information contained shows cause and claim. The very first part of the "Statement of Claim" claims negligence and injury among other damages. On the forth page, listed as count 8, claims injuries to my shoulder and chest. Under relief sought one can see that I'm seeking compensatory damages. To be proven in court because because my medical expenses are on going and I found that the statue of limitations to file on municipal corporation is 6 months. Therefore, compensatory damages to be proven/presented at trial.

Sincerely

Tony McKenna.

Copies to

Jim H Guynn, Guynn, Waddell, Carroll & Lockaby 415 S. College Avenue, Salem, VA 24153

Bristol City Police Officer Charles Thomas Jr, 501 Scott St, Bristol VA 24201

Assistant Commonwealth's Attorney for the city of Bristol, Tim Boyer 230 Piedmont 2nd floor Bristol VA 24201

Page 3

VIRGINIA:

IN THE CIRCUIT COURT OF THE CITY OF BRISTOL

TONY McKENNA,

       Plaintiff,

v.                           Case No. CL21000802-00

POLICE CHIEF,
BRISTOL, VA POLICE DEPARTMENT,
CITY OF BRISTOL, VIRGINIA,
OFFICER GREEN, BRISTOL CITY POLICE,
OFFICER ERICKSON, BRISTOL CITY POLICE,
ASSISTANT COMMONWEALTH'S ATTORNEY TIM BOYER,
AND
OFFICER CHARLES THOMAS, JR., BRISTOL VA CITY POLICE

       Defendants.

**NOTICE OF FILING OF DEFENDANTS' NOTICE OF REMOVAL**

       PLEASE TAKE NOTICE that on this 12th day of January, 2022, Defendants, by counsel,

filed with the United States District Court for the Western District of Virginia, Abingdon Division, a

Notice of Removal of this case to the United States District Court. A copy of Defendants' Notice of

Removal is attached hereto as Exhibit 1.

       Pursuant to 28 U.S.C. § 1446(d), no further action should be taken in the state court unless

and until the action is remanded.

FILED: January 18, 2022
TIME: 1:00 pm
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL VA
KELLY L. FLANNAGAN, CLERK
BY: _____ D.C.

POLICE CHIEF
BRISTOL, VA POLICE DEPARTMENT,
CITY OF BRISTOL, VIRGINIA
OFFICER GREEN, OFFICER ERICKSON,
ASSISTANT COMMONWEALTH'S ATTORNEY
TIM BOYER, and OFFICER CHARLES
THOMAS, JR.

By: _____
Of Counsel

Jim H. Guynn, Jr., Esq. (VSB #22299)
Emily Stubblefield, Esq. (VSB #96164)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, VA 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
        emilys@guynnwaddell.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of January, 2022, served the foregoing by

mailing a true and correct copy of the same to:

Tony McKenna
249 New Haven Ln., Apt. 205
Bristol, VA 24201
*pro se Plaintiff*

_____
Jim H. Guynn, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

**EXHIBIT**

TONY McKENNA,

      Plaintiff,

v.                                                     Case No. _____

POLICE CHIEF,
BRISTOL, VA POLICE DEPARTMENT,
CITY OF BRISTOL, VIRGINIA
OFFICER GREEN, BRISTOL CITY POLICE
OFFICER ERICKSON, BRISTOL CITY POLICE,
ASSISTANT COMMONWEALTH'S ATTORNEY TIM BOYER
and
OFFICER CHARLES THOMAS, JR., BRISTOL VA CITY POLICE

      Defendants.

## <u>NOTICE OF REMOVAL</u>

     Defendants, by counsel and pursuant to 28 U.S.C. §§ 1441, 1446, and 1331, file this

Notice of Removal and remove this civil action (CL21000802-00) to this Court from the Circuit

Court for City of Bristol, Virginia. In support of this Notice, Defendants state:

     1.     Plaintiff filed a Complaint and Amended Complaint against Defendants in the

Circuit Court for City of Bristol a, asserting claims pursuant to 42 U.S.C. § 1983. Removal is

appropriate under 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this

action pursuant to 28 U.S.C. § 1331. Defendants are filing copies of all process, pleadings, and

orders served on it in this action, as required by 28 U.S.C. § 1446(a).

     2     This Notice is filed within 30 days of receipt of the Complaint by Defendants,

pursuant to 28 U.S.C. § 1446(b).

3.      Defendants have given notice of the filing of this Notice to Plaintiff pro se and to

the Circuit Court for City of Bristol.

4.      This Court embraces the place where the state court action is pending.

POLICE CHIEF
BRISTOL, VA POLICE DEPARTMENT,
CITY OF BRISTOL, VIRGINIA
OFFICER GREEN, OFFICER ERICKSON,
ASSISTANT COMMONWEALTH'S ATTORNEY
TIM BOYER, and OFFICER CHARLES
THOMAS, JR.

By: /s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr. (VSB #22299)
Emily Stubblefield (VSB #96164)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
          emilys@guynnwaddell.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2022, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United

States Postal Service the document to the following:

Tony McKenna
249 New Haven Ln., Apt. 205
Bristol, VA 24201
*Pro se Plaintiff*

/s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr. (VSB #22299)
Emily Stubblefield (VSB #96164)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia  24153

2

Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
        emilys@guynnwaddell.com
*Counsel for Defendants*



# Guynn, Waddell, Carroll & Lockaby, P.C.
## – Attorneys at Law –
Jim H. Guynn Jr.   Jeremy E. Carroll   Michael W.S. Lockaby   Mark C. Popovich
Emily K. Stubblefield   Christopher S. Dadak   Julian F. Harf   Matthew J. Schmitt

January 12, 2022

FILED: January 18, 2022
TIME: 1:00 pm
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY _____ D.C.

Hon. Kelly Lee Flannagan, Clerk
Bristol Circuit Court
497 Cumberland Street
Bristol, VA 24201

Re:   Tony McKenna v. Police Chief, et al.
       Bristol Circuit Court, Case No. CL21000802-00

Dear Ms. Flannagan:

Enclosed is a Notice of Filing of Notice of Removal for filing on behalf of Defendants in the above-referenced matter.  By copy of this letter, we are sending a copy of the same to pro se plaintiff.

Thank you for your assistance in this matter.  Should you have any questions, or need any additional information, please do not hesitate to call.

Very truly yours,

GUYNN, WADDELL, CARROLL & LOCKABY, P.C.

Jim H. Guynn, Jr.

JHG/lsu
Enclosures
cc/enc: Tony McKenna
          Randall C. Eads, Esq.
          Chief John S. Austin
          Shane Quinley
          Tim Boyer, Esq.

## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

TONY MCKENNA,                     )
                                  )
            Plaintiff,            )    Case No. 1:22cv22
                                  )    State Court No. CL21-802
v.                                )
                                  )        **O R D E R**
BRISTOL VA CITY POLICE            )
DEPARTMENT, et al.                )
                                  )
            Defendants.           )

This case was recently removed from the Circuit Court for City of Bristol to the United

States District Court for the Western District of Virginia at Abingdon. This court, finding it

necessary and proper to do so, hereby REQUESTS that the original case file in your Court be

forwarded to the Clerk of this court at 180 W. Main Street, Room 104, Abingdon, VA 24210, or

submitted through this court's Case Management and Electronic Case Filing system (CM/ECF).

The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for City

of Bristol.

ENTERED:    January 13, 2022

/s/  *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE

FILED: January 18, 2022
TIME: 1:00 pm
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY: _____ D.C.

A COPY TESTE:
Kelly L. Flannagan, Clerk
Circuit Court, City of Bristol, VA
By: _____
        Dep. Clerk

ECF
DOCUMENT
I hereby attest and certify that this is a printed copy of
a document that was electronically filed with the
United States District Court for the Western District
of Virginia
Date Filed  1/13/22
                        Julia C. Dudley, Clerk of Court
By: _____
    Deputy Clerk

Page 32



Receipt : 21000008212

Page 1 of 1

**OFFICIAL RECEIPT**
**BRISTOL CITY CIRCUIT COURT**
**CIVIL**

CASE # : 520CL2100080200

FILING TYPE : COM

PAYMENT : FULL PAYMENT

DATE : 12/07/2021       TIME : 15:00:08
RECEIPT # : 21000008212    TRANSACTION # : 21120700026
CASHIER : DWJ         REGISTER # : B433
CASE COMMENTS : MCKENNA, TONY v. POLICE DEPARTMENT BRISTO
SUIT AMOUNT : $0.00
ACCOUNT OF : MCKENNA, TONY
PAID BY : MCKENNA, TONY
CASH : $0.00
DESCRIPTION 1 : COM:COMPLAINT - CATCH-ALL
       2 : PLAINTIFF: MCKENNA, TONY
       3 : NO HEARING SCHEDULED



| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 049 | WRIT TAX (CIVIL) | $0.00 |
| 106 | TECHNOLOGY TRST FND | $0.00 |
| 123 | LEGAL AID SERVICES | $0.00 |
| 147 | INDIGENT ASSISTANCE (INA) | $0.00 |
| 170 | COURT TECHNOLOGY FUND | $0.00 |

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 219 | LAW LIBRARY | $0.00 |
| 229 | COURTHOUSE MAINTENANCE FEE (CHMF) | $0.00 |
| 304 | CIVIL FILING FEE (LAW & EQUITY) | $0.00 |

TENDERED : $    0.00

AMOUNT PAID : $    0.00

CLERK OF COURT : KELLY L. FLANNAGAN

Page 35

# In the Bristol City Circuit Court
# 28th Judicial Circuit of Virginia

Tony McKenna

     *Plaintiff,*
       v.
Police Chief
Bristol VA. Police Department,
The City of Bristol, Virginia
Ofc. Green, Bristol City Police
Ofc. Erickson, Bristol City
Police
Assistant Commonwealth's
Attorney, Tim Boyer
and one unidentified Bristol
Virginia police Officer. Now
identified by Police Chief
as Ofc. Charles Thomas Jr
Bristol VA city police
     *Defendant.*

Civil Action No. CL21- 802

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

This Matter, having come before the Court on the Plaintiff's Motion for Leave to amend complaint
It appearing, for good cause shown, that the Motion should be granted.
IT IS HEREBY ORDERED that Plaintiff is granted leave to amend complaint.

Entered this 28th day of December, 2021

By _Sage B Johnson_

Copies to:

Police Chief

Bristol VA. Police Department,
The City of Bristol, Virginia
Ofc. Green, Bristol City Police
Ofc. Erickson, Bristol City Police
Ofc. Charles Thomas Jr Bristol City Police
Assistant Commonwealth's Attorney, Tim Boyer

A COPY TESTE:
Kelly U. Flannagan, Clerk
Circuit Court City of Bristol, VA

By: _____
    Dep. Clerk

Page 34

## In the Bristol City Circuit Court
## 28th Judicial Circuit of Virginia
## AMENDED

Tony McKenna

V.

Police Chief
Bristol VA. Police Department,
The City of Bristol, Virginia
Ofc. Green, Bristol City Police
Ofc. Erickson, Bristol City Police
Assistant Commonwealth's Attorney, Tim Boyer
and one unidentified Bristol Virginia police Officer. Now identified by Police Chief
as Ofc. Charles Thomas Jr Bristol VA city police
(shown in body cam footage, trespassing, assaulting and battering me)


Now comes Tony McKenna, on this day 11/30/2021, Plaintiff pursuant to 42 U.S. Code 1983 civil
action for deprivation of rights. Also pursuant to Virginia state laws, U.S. Code, the Constitution of the
United States, Bill of rights at the 4th 5th and 14th Amendments.

## I) The Parties to This Complaint
## A. The Plaintiff

Tony McKenna, non lawyer

Resident Bristol City

837 Portsmouth Ave Apt F-12

Bristol VA 24201

(Now 249 New Haven LN Apt205)

Same location new address.


## B. The Defendants

Bristol VA. City Police Department

Bristol VA. Police Officer Erickson

Bristol VA. Police Officer Green

Bristol VA. Police Officer Charles Thomas Jr

501 Scott St, Bristol VA

24201

City of Bristol

City Hall 300 lee street

Page 35

Bristol VA 24201

Assistant Commonwealth's Attorney

for the City of Bristol, Tim Boyer

230 Piedmont 2ⁿᵈ floor

Bristol VA 24201

## Basis for Jurisdiction

42 U.S. Code 1983 civil action for deprivation of rights. Also pursuant to Virginia state laws, U.S. Code, the Constitution of the United States, Bill of rights at the 4th 5th and 14th Amendments.

## II Statement of Claim

Gross negligence and/or willful, wanton negligence.
City of Bristol failed to assure proper training of Police officers and other city, county, state employees. Or, violators simply chose to ignore training. As a result causing me injury and other damages.

Violation of 42 U.S. Code 1983, counts below. 20 counts in total

**COUNT 1 x4**  Violation of 42 U.S. Code 1983

Va Code § 18.2-22. **Conspiracy to commit felony. & Section 241 of Title 18 USC**

On June 6th 2021 Assistant Commonwealth's Attorney, Tim Boyer, Ofc. Green, Ofc. Erickson and one other unnamed officer (unnamed officer videoed with police body cam attacking me in my home). The above named conspired against me in order to get me to surrender my constitutionally, protected rights.
Section 241 of Title 18 USC makes it unlawful for two or more persons to agree together to injure, threaten, or intimidate a person in any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the Unites States, (or because of his/her having exercised the same). Unlike most conspiracy statutes, Section 241 does not require that one of the conspirators commit an overt act prior to the conspiracy becoming a crime.

"**_if such acts include kidnapping_**" (Va. Code Ann. **§ 18.2-47**, uses the terms abduction and kidnapping synonymously) "they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."

Va Code § 18.2-22. (a) If any person shall conspire, confederate or combine with another, either within or outside the Commonwealth, to commit a felony within the Commonwealth, or if he shall so conspire, confederate or combine with another within the Commonwealth to commit a felony either within or outside the Commonwealth, he shall be guilty of a felony that shall be punishable as follows: (1) Every person who so conspires to commit an offense that is punishable as a Class 1 felony is guilty of a Class 3 felony; **Class 3 Felony**
A Class 3 felony in Virginia is punished with 5 years up to 20 years in prison and a fine up to $100,000.

## *Every act, after the unlawful entry of my home, is an UNLAWFUL act by the above named defendants.*

**COUNT 2 x1** Violation of 42 U.S. Code 1983

Va Code § 18.2-282. **Pointing, holding, or brandishing firearm,** air or gas operated weapon or object similar in appearance to, " reasonably induce fear in the mind of another ".

    Unnamed officer kicked open my door with gun drawn to achieve by force and threat, to coerce obedience and compliance for me to surrender the safety of my constitutionally protected home. Dragging me out of my private home into a semi public breeze way. Removing me from a private place that would require a warrant, to a semi public place where I might be subject to a possible resisting arrest and or obstruction of law charge. Under threat of bodily harm I was forced to surrender my right to exercise my right to be secure in my home and be silent.

A. It shall be unlawful for any person to point, hold or brandish any firearm or any air or gas operated weapon or any object similar in appearance, whether capable of being fired or not, in such manner as to reasonably induce fear in the mind of another

**COUNT 3 x1** Violation of 42 U.S. Code 1983

Va Code § 18.2-121. **Entering property of another for purpose of** damaging it, etc. "or **in any manner to interfere with the rights of the owner, user, or occupant**" thereof to use such property free from interference.
    Unnamed officer extracted me from the safety of my home protected by 4th amendment and placed me   in a semi public place where I no longer have the protection of the requirement of a 4th amendment warren. Provoking me to possible assaulting an officer or resisting arrest charges, although unlawful.

**COUNT 4 x1** Violation of 42 U.S. Code 1983

Va Code § 18.2-57 **Assault and battery.** A. "Any person who commits a simple assault or assault and battery shall be guilty of a Class 1 misdemeanour". Assault is an intentional, offensive, or harmful act that may cause reasonable anxiety or fear of expected injury. It includes intimidation by non-physical acts that cause fear in another person.
    Unnamed officer made an assault on my home and my person by kicking in the door, with his gun drawn at the ready, grabbing my arm and pulling me out. No warrant, no emergency, no exigent circumstances and no hot pursuit. But simply to serve a civil complaint. This is an unlawful act under color of law.

**COUNT 5 x1** Violation of 42 U.S. Code 1983

Va Code § 18.2-404. **Obstructing free passage of others.**
Any person or persons who in any public place or on any private property open to the public unreasonably or unnecessarily obstructs the free passage of other persons to and from or within such place or property and who shall fail or refuse to cease such obstruction or move on when requested to

do so by the owner or lessee or agent or employee of such owner or lessee or by a duly authorized law-enforcement officer shall be guilty of a Class 1 misdemeanor.

Unnamed officer blocked my path to the protection of my leased property thereby denying me the protection of the 4th amendment.

**COUNT 6 x1** Violation of 42 U.S. Code 1983

Va Code § 18.2-57 **Assault and Battery** (second count)
Battery with Malicious Intent/Conduct (Blacks Law, Malice: "malice is a condition of the mind which shows a heart regardless of social duty and fatally bent on mischief, the existence of which is inferred from acts committed or words spoken." Harris v. State, 8 Tex. App. 109.) battery is an intentional contact of another person physically, in an "offensive" or harmful manner without their consent, justification, or legal basis. Unnamed officer, under color of law, after dragging me from my constitutionally protected environment, attacked me a second time by slapping my hands while my hands were behind my back with no threat to him. Totally outrageous, unnecessary, unlawful and combined with His above acts and speech ("YOU HAVE NO RIGHTS") after I asserted my rights shows absolute malice.

Miller v. US (5th Circuit) 230 F. 2d. 486 (1956) "The claim and exercise of a constitutional right cannot thus be converted into a crime"

**COUNT 7 x4** Violation of 42 U.S. Code 1983

Va Code §18.2-47. **Abduction and kidnapping**. A. Any person who, by force, intimidation or deception, and without legal justification or excuse, seizes, takes, transports, detains or secretes another person with the intent to deprive such other person of his personal liberty or to withhold or conceal him from any person, authority or institution lawfully entitled to his charge, shall be deemed guilty of "abduction."

C. The provisions of this section shall not apply to any law-enforcement officer in the performance of his duty. ( *When officers act outside of the law, they lose their cloak of immunity* ) ( ***Davis v. Wechsler, 263 US 22, 24. "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."*** ) The terms "abduction" and "kidnapping" shall be synonymous in this Code. Abduction for which no punishment is otherwise prescribed shall be punished as a Class 5 felony. (" by force, intimidation or deception, and without legal justification")

When officers act outside of the law, they lose their cloak of immunity. By instruction from Assistant Commonwealth's Attorney Tim Boyer, Ofc. Green, Ofc. Erickson, and one unidentified Bristol Virginia police Officer, (shown in body cam footage, trespassing, assaulting and battering me) took me by force, intimidation and deception, without legal justification, and imprisoned me. Kept me imprisoned, in hand cuffs and leg irons. Only on the condition that I surrender my constitutional rights to papers and effects, would they release me.

**COUNT 8 x1** Violation of 42 U.S. Code 1983

Va Code § 19.2-59. **Search without warrant prohibited**; when search without warrant lawful.
No officer of the law or any other person shall search any place, thing or person, except by virtue of and under a warrant issued by a proper officer. Any officer or other person searching any place, thing or person otherwise than by virtue of and under a search warrant, shall be guilty of malfeasance in office.

Any officer or person violating the provisions of this section shall be liable to any person aggrieved thereby in both compensatory and punitive damages.

Officer Erickson unlawfully searched my person outside at the patrol car and took my property. Officer Erickson ordered me to enter the car. At that point I informed officer Erickson that I was disabled and needed help getting into the very confined space. He then grabbed my pants leg and used his shoulder to shove me into the car injuring my shoulder and chest.

**COUNT 9 x2** Violation of 42 U.S. Code 1983

§18 U.S. Code § 4 - Misprision of felony. **Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.**

**14th Amendment Section 1.** All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; **nor deny to any person within its jurisdiction the equal protection of the laws.**

Not only did Officers Ericsson and Green failed to protect me from the abuse of the unnamed officer in the body cam footage, but also failed/or chose not to, report the same.

**COUNT 10x 4**      Violation of 42 U.S. Code 1983

**TITLE 18, U.S.C., SECTION 242** " Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, ***and others who are acting as public officials*.**"

The very basics of our laws are taught to school children. Required teaching in police training, and law school. The Constitution and the bill of "RIGHTS" is the very foundation of the our laws and it's limits. There can be no excuse for a police officer to think they don't need a warrant to enter the private residence and pull me out, when there is no hot pursuit, no emergency, no crime witnessed, no probable cause or any other lawful reason to do so.

There is no excuse for a trained, experienced attorney, with more then a decade of experience, now the Assistant Commonwealth's District Attorney.

**On June 6th 2021 Assistant Commonwealth's Attorney, Tim Boyer, Ofc. Green, Ofc. Erickson and one other unnamed officer (unnamed officer videoed with police body cam attacking me in my home) conspired against me in order to get me to surrender my constitutionally, protected rights. I was Trespassed upon, Threatened with a firearm, Assaulted, Battered, Abducted, and then Falsely Imprisoned. Also, to add insult to injury, ofc. Green and/or ofc. Erickson, violated 18 U.S. Code § 4 – Misprision of felony in that they did not, to the best of my knowledge, report the actions of the Unnamed Officer.**

# Relief Sought

Damages against the defendants in an amount to be determined at trial which will fairly and reasonably compensate the plaintiffs for all compensatory damages to be proven at trial;

2.Punitive damages against the individual defendants in the amount of $350,000. for each COUNT, of violation 42 U.S. Code 1983

and

3.Reasonable fees and costs.

Plaintiff petitions for a jury trail demand


Sincerely


Tony McKenna,
837 Portsmouth Ave.
Apt F-12 Bristol VA 24201
(Now 249 New Haven LN. Apt 205) Ph# 276-494-0477

# COMMONWEALTH OF VIRGINIA



## BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

### Summons

To: BRISTOL VA CITY POLICE DEPT           Case No. 520CL21000802-00
    BVPD
    501 SCOTT STREET
    BRISTOL VA 24201

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Thursday, December 09, 2021

Clerk of Court: KELLY L FLANNAGAN

by _____
                    (CLERK/DEPUTY CLERK )

Instructions:

Hearing Official:

Attorney's name:

# COMMONWEALTH OF VIRGINIA



## BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 001
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPART BRISTOL VA CITY
Service on: BRISTOL VA CITY POLICE DEPT          Attorney:
BVPD
501 SCOTT STREET
BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Thursday, December 09, 2021 with a copy of the Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Thursday, December 09, 2021

For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



RECEIVED

DEC 13 2021

BRISTOL VA. SHERIFF

0299

### BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 001
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA vs POLICE DEPART BRISTOL VA CITY
Service on: BRISTOL VA CITY POLICE DEPT          Attorney:
         BVPD
         501 SCOTT STREET
         BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Thursday, December 09, 2021 with a copy of the
Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued:  Thursday, December 09, 2021

---

### For Sheriff Use Only

Executed on the **13** day of **DEC**, 20**21**
within the City of Bristol, Virginia by delivering a true
copy of the within **SUMMONS &**
**COMPLAINT** In writing to
**CAPT MILLIGAN** in person.
DANIEL MAPLES
Sheriff, City of Bristol, Virginia

Deputy Sheriff

FILED: **DEC 13 2021**
TIME: **345 PM**
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY:

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Summons

To: OFFICER ERICKSON BRISTOL VA PD
    NA
    501 SCOTT STREET
    BRISTOL VA 24201

Case No. 520CL21000802-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Thursday, December 09, 2021

Clerk of Court: KELLY L FLANNAGAN

by _Donald W Johnson_____
                    (CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name:

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
  In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 002
Service filed: December 07, 2021
Judge:

  Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPART BRISTOL VA CITY
Service on: OFFICER ERICKSON BRISTOL VA PD     Attorney:
          NA
          501 SCOTT STREET
          BRISTOL VA 24201

  Instructions:

Returns shall be made hereon, showing service of Summons issued Thursday, December 09, 2021 with a copy of the Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Thursday, December 09, 2021

For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



RECEIVED

DEC 13 2021

BRISTOL VA SHERIFF

0246

## BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 002
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPART BRISTOL VA CITY
Service on: OFFICER ERICKSON BRISTOL VA PD          Attorney:
       NA
       501 SCOTT STREET
       BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Thursday, December 09, 2021 with a copy of the Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Thursday, December 09, 2021

### For Sheriff Use Only

**DELIVERED TO PERSON FOUND IN CHARGE OF**
**USUAL PLACE OF BUSINESS OR EMPLOYMENT**
**DURING BUISNESS HOURS AND GIVING**
**INFORMATION OF ITS PURPOSE.**

CAPT MILLIGAN

M. Stott
DAVID M. MAPLES, SHERIFF
1st Lieutenant        12-D
DEPUTY            DATE

FILED: Dec 13 2021
TIME: 345 PM
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY: _____

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Summons

To: OFFICER GREEN BRISTOL VA PD
501 SCOTT ST
BRISTOL VA 24201

Case No. 520CL21000802-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Thursday, December 09, 2021

Clerk of Court: KELLY L FLANNAGAN

by _____
(CLERK/DEPUTY CLERK )

Instructions:

Hearing Official:

Attorney's name:

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 003
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPART BRISTOL VA CITY
Service on: OFFICER GREEN BRISTOL VA PD                Attorney:
501 SCOTT ST
BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Thursday, December 09, 2021 with a copy of the Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Thursday, December 09, 2021

For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



RECEIVED

DEC 13 2021

BRISTOL VA. SHERIFF

0247

BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 003
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPART BRISTOL VA CITY
Service on: OFFICER GREEN BRISTOL VA PD          Attorney:
501 SCOTT ST
BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Thursday, December 09, 2021 with a copy of the
Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Thursday, December 09, 2021

For Sheriff Use Only

DELIVERED TO PERSON FOUND IN CHARGE OF
USUAL PLACE OF BUSINESS OR EMPLOYMENT
DURING BUISNESS HOURS AND GIVING
INFORMATION OF ITS PURPOSE.

CAPT MILLIGAN

FILED: 12-13-21                    M-5foot    DAVID H. MAPLES, SHERIFF
TIME: _____ 345 PM
CIRCUIT COURT CLERKS OFFICE              DEPUTY                DATE  12-13-21
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY

Page 49

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Summons

To: ASSIST COMMONWEALTH ATTY    Case No. 520CL21000802-00
TIM BOYER
230 PIEDMONT AVE 2ND FLOOR
BRISTOL VA 24201

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Thursday, December 09, 2021

Clerk of Court: KELLY L FLANNAGAN

by _____
(CLERK/DEPUTY CLERK )

Instructions:


Hearing Official:



Attorney's name:

# COMMONWEALTH OF VIRGINIA



### BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
  In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 004
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPART BRISTOL VA CITY
Service on: ASSIST COMMONWEALTH ATTY          Attorney:
      TIM BOYER
      230 PIEDMONT AVE 2ND FLOOR
      BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Thursday, December 09, 2021 with a copy of the Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Thursday, December 09, 2021

For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 004
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA vs POLICE DEPART BRISTOL VA CITY
Service on: ASSIST COMMONWEALTH ATTY          Attorney:
        TIM BOYER
        230 PIEDMONT AVE 2ND FLOOR
        BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Thursday, December 09, 2021 with a copy of the
Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Thursday, December 09, 2021

## For Sheriff Use Only

Executed on the _10th_ day _December_, 20_21_
within the City of Bristol, Virg.  · by delivering a true
copy of the within _Summons_ & _Complaint_
_____  In writing to
_____Tim Boyer_____
_____  in person.
DAVID H MAPLES  _m. Stow_
Sheriff, City of Bristol, virginia
_Lance Hell_
Deputy Sheriff

FILED: _12-13-21_
TIME: _2:30 AM_
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY: _____

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Summons

To: RANDALL EADS                     Case No. 520CL21000802-00
CITY MANAGER
CITY HALL
300 LEE STREET
BRISTOL VA 24201

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Thursday, December 09, 2021

Clerk of Court: KELLY L FLANNAGAN

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name:

# COMMONWEALTH OF VIRGINIA



## BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 006
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPART BRISTOL VA CITY
Service on: RANDALL EADS                              Attorney:
        CITY MANAGER
        CITY HALL
        300 LEE STREET
        BRISTOL VA 24201


Instructions:

Returns shall be made hereon, showing service of Summons issued Thursday, December 09, 2021 with a copy of the
Complaint filed Tuesday, December 07, 2021 attached.


Hearing date  :
Service issued: Thursday, December 09, 2021

### For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



RECEIVED

DEC 1 3 2021

BRISTOL VA SHERIFF

0248

### BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 006
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPART BRISTOL VA CITY
Service on: RANDALL EADS                    Attorney:
          CITY MANAGER
          CITY HALL
          300 LEE STREET
          BRISTOL VA 24201


Instructions:

Returns shall be made hereon, showing service of Summons issued Thursday, December 09, 2021 with a copy of the
Complaint filed Tuesday, December 07, 2021 attached.


Hearing date  :
Service issued:  Thursday, December 09, 2021

---

### For Sheriff Use Only

Executed on the *13* day of *Dec*, 20 *21*
within the City of Bristol, Virginia by delivering a true
copy of the within *Summons &*
*Complaint* ___ in writing to
*Randall Eads* N. Trout ___ in person.
          DAVID H. MAPLES
          Sheriff, City of Bristol, Virginia
          *[signature]*
          Deputy Sheriff

FILED *Dec 13 2021*
TIME: *3:45 PM*
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY: *[signature]* D.C.

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Summons

To: POLICE CHIEF BRISTOL VA CITY          Case No. 520CL21000802-00
501 SCOTT STREET
BRISTOL VA 24201

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Tuesday, January 04, 2022

Clerk of Court: KELLY L FLANNAGAN

by _____
(CLERK/DEPUTY CLERK )

Instructions:

Hearing Official:

Attorney's name:

Page 56

# COMMONWEALTH OF VIRGINIA



### BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 008
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPT BRISTOL VA CITY
Service on: POLICE CHIEF BRISTOL VA CITY          Attorney:
501 SCOTT STREET
BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, January 04, 2022 with a copy of the
Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Tuesday, January 04, 2022

For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



RECEIVED

JAN 0 5 2022

BRISTOL VA, SHERIFF

00973

## BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 008
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA vs POLICE DEPT BRISTOL VA CITY
Service on: POLICE CHIEF BRISTOL VA CITY          Attorney:
        501 SCOTT STREET
        BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, January 04, 2022 with a copy of the Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Tuesday, January 04, 2022

For Sheriff Use Only

Executed on the 5 day of JAN 20 22 within the City of Bristol, Virginia by delivering a true copy of the within Summons &
Complaint in writing to
CHIEF John Austin in person.
R. TYRONE FOSTER
SHERIFF, CITY OF BRISTOL, VIRGINIA

DEPUTY SHERIFF

FILED: Jan 6 2022
TIME: 10:15 AM
CIRCUIT COURT CLERKS OFF
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLE
BY

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Summons

To: OFFICER GREEN
501 SCOTT STREET
BRISTOL VA 24201

Case No. 520CL21000802-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Tuesday, January 04, 2022

Clerk of Court: KELLY L FLANNAGAN

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name:

Page 59

# COMMONWEALTH OF VIRGINIA



## BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
   In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 009
Service filed: December 07, 2021
Judge:

   Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPT BRISTOL VA CITY
Service on: OFFICER GREEN                           Attorney:
              501 SCOTT STREET
              BRISTOL VA 24201

   Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, January 04, 2022 with a copy of the
Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Tuesday, January 04, 2022

For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



RECEIVED

JAN 0 5 2022

BRISTOL VA. SHERIFF

0044

BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
    In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 009
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPT BRISTOL VA CITY
Service on: OFFICER GREEN                    Attorney:
        501 SCOTT STREET
        BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, January 04, 2022 with a copy of the Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued:  Tuesday, January 04, 2022

For Sheriff Use Only

Executed on the 5 day of Jan 20 22
within the City of Bristol, Virginia by delivering a true
copy of the within Semmons &
Complaint                    in writing to
Chief J Austin    in person.
R. TYRONE FOSTER
SHERIFF, CITY OF BRISTOL, VIRGINIA

DEPUTY SHERIFF

FILED: Jan 6 2021
TIME: 10 15 AM
CIRCUIT COURT CLERKS OF
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLE
BY

Page 61

# COMMONWEALTH OF VIRGINIA



### BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Summons

To: OFFICER ERICKSON
501 SCOTT STREET
BRISTOL VA 24201

Case No. 520CL21000802-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Tuesday, January 04, 2022

Clerk of Court: KELLY L FLANNAGAN

by _____
(CLERK/DEPUTY CLERK )

Instructions:

Hearing Official:

Attorney's name:

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
  In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 010
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPT BRISTOL VA CITY
Service on: OFFICER ERICKSON                    Attorney:
            501 SCOTT STREET
            BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, January 04, 2022 with a copy of the Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Tuesday, January 04, 2022

For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



RECEIVED

JAN 0 5 2022

BRISTOL VA. SHERIFF

0045

BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 010
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPT BRISTOL VA CITY
Service on: OFFICER ERICKSON                    Attorney:
501 SCOTT STREET
BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, January 04, 2022 with a copy of the
Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Tuesday, January 04, 2022

### For Sheriff Use Only

Executed on the _5_ day of _JAN_ 20 _22_
within the City of Bristol, Virginia by delivering a true
copy of the within _Summons &_
_Complaint_ in writing to
_Chief J Austin_ in person.
R. TYRONE FOSTER
SHERIFF, CITY OF BRISTOL, VIRGINIA
_Tyrone A_
DEPUTY SHERIFF

FILED: _10-06-2022_
TIME: _10.15 AM_
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY: _Donna Hutton_ D.C

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Summons

To: OFFICER CHARLES THOMAS JR                    Case No. 520CL21000802-00
501 SCOTT STREET
BRISTOL VA 24201

The party upon whom this summons and the attached complaint are served is hereby notified
that unless within 21 days after such service, response is made by filing in the clerk's office
of this court a pleading in writing, in proper legal form, the allegations and charges may be
taken as admitted and the court may enter an order, judgment, or decree against such party
either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Tuesday, January 04, 2022

Clerk of Court: KELLY L FLANNAGAN

by ~Donona W Johnston~
(CLERK/DEPUTY CLERK )

Instructions:

Hearing Official:

Attorney's name:

Page 65

# COMMONWEALTH OF VIRGINIA



### BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 011
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPT BRISTOL VA CITY
Service on: OFFICER CHARLES THOMAS JR            Attorney:
501 SCOTT STREET
BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, January 04, 2022 with a copy of the Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Tuesday, January 04, 2022

For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



RECEIVED

JAN 0 5 2022

BRISTOL VA, SHERIF

0042

BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 011
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPT BRISTOL VA CITY
Service on: OFFICER CHARLES THOMAS JR            Attorney:
501 SCOTT STREET
BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, January 04, 2022 with a copy of the
Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Tuesday, January 04, 2022

For Sheriff Use Only

Executed on the 5 day of JAN 20 22
within the City of Bristol, Virginia by delivering a true
copy of the within Summons &
Complaint  in writing to
CHIEF J. AUSTIN  in person.
R. TYRONE FOSTER
SHERIFF, CITY OF BRISTOL, VIRGINIA

DEPUTY SHERIFF

FILED: Jan 6 2022
TIME: 10:15 on
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY: Deborah Rhea D.C.

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321.

Summons

To: CITY OF BRISTOL VA AT CITY HALL
300 LEE STREET
BRISTOL VA 24201

Case No. 520CL21000802-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Tuesday, January 04, 2022

Clerk of Court: KELLY L FLANNAGAN

by _____
(CLERK/DEPUTY CLERK )

Instructions:

Hearing Official:

Attorney's name:

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 012
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA vs POLICE DEPT BRISTOL VA CITY
Service on: CITY OF BRISTOL VA AT CITY HALL         Attorney:
300 LEE STREET
BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, January 04, 2022 with a copy of the
Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Tuesday, January 04, 2022

For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



RECEIVED

JAN 0 5 2022

BRISTOL VA. SHERIFF

0047

### BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 012
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA vs POLICE DEPT BRISTOL VA CITY
Service on: CITY OF BRISTOL VA AT CITY HALL            Attorney:
300 LEE STREET
BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, January 04, 2022 with a copy of the Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Tuesday, January 04, 2022

For Sheriff Use Only

Executed on the 5*th* day of JAN 20 22
within the City of Bristol, Virginia by delivering a true
copy of the within  *Summons &*
*Complaint*                   In writing to
*15617*
*Joey Lamie*          in person.
R. TYRONE FOSTER
SHERIFF, CITY OF BRISTOL, VIRGINIA

DEPUTY SHERIFF

FILED: Jan 6 2022
TIME: 10:15am
CIRCUIT COURT CLERKS OFFICE
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLERK
BY: _____ D.C.

Page 70

# COMMONWEALTH OF VIRGINIA



BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL  VA  24201
(276) 645-7321

Summons

To: TIM BOYER
ASSISTAN COMMONWEALTHS ATTY
230 PIEDMONT AVE
2ND FLOOR
BRISTOL VA 24201

Case No. 520CL21000802-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Tuesday, January 04, 2022

Clerk of Court:  KELLY L FLANNAGAN

by _____
          (CLERK/DEPUTY CLERK )

Instructions:


Hearing Official:


Attorney's name:

# COMMONWEALTH OF VIRGINIA



## BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
  In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 013
Service filed: December 07, 2021
Judge:

  Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPT BRISTOL VA CITY
Service on: TIM BOYER                 Attorney:
         ASSISTAN COMMONWEALTHS ATTY
         230 PIEDMONT AVE
         2ND FLOOR
         BRISTOL VA 24201

  Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, January 04, 2022 with a copy of the
Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued: Tuesday, January 04, 2022

For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



RECEIVED

JAN 0 5 2022

BRISTOL VA, SHER?:

*0046*

BRISTOL CIRCUIT COURT
Civil Division
497 CUMBERLAND STREET COURTHOUSE, ROOM 210
BRISTOL VA 24201
(276) 645-7321

Proof of Service

Virginia:
  In the BRISTOL CIRCUIT COURT

Case number: 520CL21000802-00
Service number: 013
Service filed: December 07, 2021
Judge:

Served by: BRISTOL CITY
Style of case: TONY MCKENNA  vs POLICE DEPT BRISTOL VA CITY
Service on: TIM BOYER                           Attorney:
            ASSISTAN COMMONWEALTHS ATTY
            230 PIEDMONT AVE
            2ND FLOOR
            BRISTOL VA 24201

Instructions:

Returns shall be made hereon, showing service of Summons issued Tuesday, January 04, 2022 with a copy of the
Complaint filed Tuesday, December 07, 2021 attached.

Hearing date  :
Service issued:  Tuesday, January 04, 2022

For Sheriff Use Only

Executed on the 5th day of Jan 20 22
within the City of Bristol, Virginia by delivering a true
copy of the within Summons & Complaint
                                              in writing to
Tim Boyer                          in person.
                R. TYRONE FOSTER
          SHERIFF, CITY OF BRISTOL, VIRGINIA
                    DEPUTY SHERIFF

FILED: Jan 6 2022
TIME: 10 5 AM
CIRCUIT COURT CLERKS OFFIC
CITY OF BRISTOL, VA
KELLY L. FLANNAGAN, CLER
BY