IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| TONY McKENNA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 1:22cv00002 |
| BRISTOL, VA CITY POLICE DEPARTMENT, et al., | ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 6(i), Emily Stubblefield respectfully requests that this Court permit her to withdraw as counsel of record for Defendants Officer Erickson, Officer Greene, and Officer Thomas in this matter. Ms. Stubblefield has accepted employment outside Guynn, Waddell, Carroll & Lockaby, P.C. These Defendants will continue to be represented by attorneys associated with Guynn, Waddell, Carroll & Lockaby, P.C.

Wherefore, Ms. Stubblefield respectfully requests that this Court grant this Motion to Withdraw As Attorney.

Respectfully

By: /s/ Emily Stubblefield
Emily Stubblefield (VSB #96164)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue

        Salem, Virginia 24153
        Phone: 540-387-2320
        Fax:    540-389-2350
        Email: jimg@guynnwaddell.com
              emilys@guynnwaddell.com
*Counsel for Defendants Officer Green, Officer Erickson, Officer Thomas*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Nathan H. Schnetzler, Esq.
Frith Anderson & Peake PC
29 Franklin Road, SW
P.O. Box 1240
Roanoke, VA 24006-1240
nschnetzler@faplawfirm.com
*Counsel for Defendant Boyer*

and I hereby certify that I have mailed by United States Postal Service the document to the following:

Tony McKenna
249 New Haven Ln., Apt. 205
Bristol, VA 24201
*Pro se Plaintiff*

        /s/ Emily Stubblefield
        Emily Stubblefield (VSB #96164)
        Guynn, Waddell, Carroll & Lockaby, P.C.
        415 S. College Avenue
        Salem, Virginia 24153
        Phone: 540-387-2320
        Fax:    540-389-2350

Email:  emilys@guynnwaddell.com
*Counsel for Defendants Officer Green,*
*Officer Erickson, Officer Thomas*