FILED: February 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-1573
(1:22-cv-00002-JPJ-PMS)

———————————

TONY MCKENNA

  Plaintiff - Appellee

v.

BRISTOL VA POLICE OFFICER ALEXANDER ERICKSON; BRISTOL VA POLICE OFFICER JOSH GREEN; BRISTOL VA POLICE OFFICER CHARLES THOMAS, JR.

  Defendants - Appellants

and

BRISTOL VA CITY POLICE DEPARTMENT; CITY OF BRISTOL; ASSISTANT COMMONWEALTH'S ATTORNEY FOR THE CITY OF BRISTOL, TIM BOYER

  Defendants

———————————

J U D G M E N T

———————————

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK