CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

April 07, 2026

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
         DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | | |
|---|---|---|
| **TONY McKENNA,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22CV00002 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **POLICE CHIEF, BRISTOL VA** | ) | JUDGE JAMES P. JONES |
| **POLICE DEPARTMENT, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

This case is scheduled for jury trial for May 11, 2026.   Two days are allocated for the trial.   The Scheduling Order, Trial Order, and other pretrial orders previously entered shall apply to the new trial date and should be reviewed by counsel.*

It is so **ORDERED**.

ENTER: April 7, 2026

/s/ JAMES P. JONES
Senior United States District Judge

---

* The first line of paragraph 4 of the Trial Order, Dkt. No. 86, should read "All witnesses, other than the plaintiff and the defendants, will be excluded from the courtroom until called.